1 | LOUIS A. LEONE, ESQ. (SBN: 099874)
2 | MARINA B. PITTS, ESQ. (SBN: 120973)
  | KATHLEEN DARMAGNAC, ESQ. (SBN : 150843)
3 | **STUBBS & LEONE**
  | A Professional Corporation
4 | 2175 N. California Blvd., Suite 900
  | Walnut Creek, CA 94596
5 | Telephone:   (925) 974-8600
6 | Facsimile:   (925) 974-8601

7 | Attorneys for Defendants
8 | BOARD OF TRUSTEES PLEASANTON UNIFIED SCHOOL DISTRICT,
  | PARVIN AHMADI, and LUZ CAZARES

9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| JON VRANESH, individually, and as a taxpayer pursuant to *Code of Civil Procedure § 526a,* | **Case No.:  3:14-cv-05015-VC** |
|---|---|
| Plaintiff, | **REQUEST TO FILE BRIEF IN EXCESS OF PAGE LIMIT ALLOWED IN COURT'S STANDING ORDER; [PROPOSED] ORDER** |
| vs. | |
| BOARD OF TRUSTEES PLEASANTON UNIFIED SCHOOL DISTRICT, PARVIN AHMADI, individually, LUZ CAZARES, individually, and DOES 1 through 100, | DENYING REQUEST |
| Defendants. | |

Defendants Pleasanton Unified School District, Parvin Ahmadi, and Luz Cazares hereby seek permission from this Court to allow defendants to file a 25 page brief in support of their motion for judgment on the pleadings. The FRCP 12(c) motion has not yet been filed.

Defendants acknowledge the Court's standing order that briefs, with the exception of motions for summary judgment, may not exceed 15 pages.  Defendants also acknowledge that pursuant to the Northern District Local Rule 7-2, briefs in support of motions may not in exceed 25 pages.

---

1  Here, good cause exists to increase the page limitation set forth in the Court's

2  standing order as set forth below.

3  Plaintiff has filed a 162 page complaint.  Although the complaint lists 14 causes

4  of action, several of the causes of action contain "counts" or plead alternative theories

5  of liability within a single cause of action.  More specifically, the first cause of action

6  contains five counts, the second cause of action contains four counts, the fifth cause of

7  action contains three counts, the seventh cause of action contains two counts, and the

8  ninth and eleventh causes of action each contain alternative theories of liability.  [See

9  table of contents to the complaint, pp. i-ii].

10  Accordingly, rather than setting forth 14 theories of liability, plaintiff has actually

11  set forth 28 separate causes of action.  Defendants intend to move for judgment on the

12  pleadings to dismiss 23 of the 28 causes of action.  In order to fully address each of the

13  legal issues with respect to the numerous causes of action, and in order to adequately

14  apprise the Court of the basis for motion for judgment on the pleadings, defendants

15  respectfully request that the Court allow defendants a 25 page limit for their brief, as is

16  authorized by the Northern District Local Rule 7-2.

17  Dated:  December 4, 2014          **STUBBS & LEONE**

18

19  _____

20  LOUIS A. LEONE, ESQ.
    MARINA B. PITTS, ESQ.

21  KATHLEEN DARMAGNAC, ESQ.
    Attorneys for Defendants BOARD OF TRUSTEES

22  PLEASANTON UNIFIED SCHOOL DISTRICT,
    PARVIN AHMADI, and LUZ CAZARES

23

24                              **ORDER**

25  Having considered defendants' request to file a 25 page brief in support of their

26  motion for judgment on the pleadings under FRCP 12(c) and good cause appearing,

27  the request is granted.

    Dated:  December 8, 2014          _____

28                                    UNITED STATES DISTRICT JUDGE

    DENIED

    Judge Vince Chhabria