# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

JON VRANESH,

    Plaintiff,

v.

BOARD OF TRUSTEES OF PLEASANTON UNIFIED SCHOOL DISTRICT, et al.,

    Defendants.

Case No. 14-cv-05015-VC

**ORDER**

Because Vranesh, in his motion for remand, now appears to disavow his federal claims, Vranesh is directed to inform the Court by 5 PM on Tuesday, January 27, whether he wishes to voluntarily dismiss his claims under 42 U.S.C § 1983, which would result in a remand.

**IT IS SO ORDERED**.

Dated: January 27, 2015

VINCE CHHABRIA
United States District Judge