UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JON VRANESH,

        Plaintiff,

        v.

BOARD OF TRUSTEES OF PLEASANTON UNIFIED SCHOOL DISTRICT, et al.,

        Defendants.

Case No. 14-cv-05015-VC

**ORDER DISMISSING CLAIM AND REMANDING**

Vranesh filed this lawsuit in state court. It contained one "cause of action" (specifically, the eighth cause of action) that asserted federal claims. And it contained 13 more "causes of action," each of which contained one or more state law claims. The defendants removed the case, and Vranesh filed a motion to remand. In connection with his remand motion, Vranesh disavowed the federal claims and requested that the Court dismiss them. Accordingly, the Court dismisses the federal claims without prejudice. In light of this dismissal, the Court declines to exercise supplemental jurisdiction over Vranesh's remaining state law claims.

The Court, in the exercise of its discretion, has concluded that Vranesh's conduct does not warrant an award of attorney fees and costs.

Accordingly, the case is ordered remanded to the Superior Court of the County of Alameda.

**IT IS SO ORDERED**.

Dated: January 29, 2015

VINCE CHHABRIA
United States District Judge